NO. 07-01-0089-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 1, 2001

______________________________

VERONICA BRODESSER,

Appellant

v.

CATHY CRAWFORD, Guardian of the Person of 

Elizabeth Brodesser and STEVE GARY, Guardian 

of the Estate of Elizatbeth Brodesser, 

Appellees

_________________________________

FROM THE COUNTY COURT AT LAW NO. 3 FOR LUBBOCK COUNTY;

NO. 2000-783,559; HON. PAULA LANEHART, PRESIDING

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ. 

Veronica Brodesser  attempts to perfect an appeal to this Court.  By letter from this Court dated May 16, 2001, we informed appellant that the filing fee of $125.00 required to perfect this appeal was outstanding and that the failure to pay same by May 28, 2001 would result in the dismissal of her case.  To date, appellant has not paid the $125.00 filing fee. 

Due to appellant’s failure to pay the filing fee, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3 (c). 

                                                Per Curiam

Do not publish.